JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHU, | Case No. CV 24-632 PA (SSCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

In accordance with the "Request to Withdraw Case" filed by plaintiff and the Court's May 28, Minute Order construing that Request to Withdraw Case as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 28, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE